UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-13674 |
| | ) | |
| HAROLD A. RICH and | ) | Honorable A. Benjamin Goldgar |
| SUSAN RICH, | ) | |
| | ) | |
| Debtors. | ) | Chapter 7 |

### ORDER EXTENDING LAST DAY TO FILE A
### COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

At Waukegan, Illinois the 18th day of November, 2005, before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing on the motion of the F. E. WHEATON CO., INC., for an extension of time to file a complaint to determine dischargeability of debt; due notice having been served upon all parties in interest; the Court having jurisdiction and being fully advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the last day to file a complaint to determine dischargeability of debt be, and hereby is, extended to and including November 30, 2005, as to F. E. WHEATON CO., INC. only.   Final extension.

ENTER:

_____
Bankruptcy Judge
**NOV 1 8 2005**

Joel A. Schechter
Attorney No. 03122099
Law Offices of Joel A. Schechter
53 West Jackson Boulevard
Suite 1025
Chicago, Illinois 60604
(312) 332-0267