# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
RICH, HAROLD A                                  §          Case No. 05-13674 ABG
RICH, SUSAN                                      §
                                                §
                        Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on
   .   The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                 $

            Funds were disbursed in the following amounts:

            Administrative expenses
            Payments to creditors
            Non-estate funds paid to 3rd Parties
            Payments to the debtor

            Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank
account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing claims in this case was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $         , for a total compensation of $          .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $         , and now requests reimbursement for expenses of $          , for total expenses of $          .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/JOSEPH E. COHEN _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Exhibit A

| Case No: | 05-13674   ABG   Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | RICH, HAROLD A | | Date Filed (f) or Converted (c): | 04/12/05 (f) |
| | RICH, SUSAN | | 341(a) Meeting Date: | 05/26/05 |
| For Period Ending: | 02/03/10 | | Claims Bar Date: | 04/25/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. REAL ESTATE | 275,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. TIME SHARE | 7,500.00 | 0.00 | | 10,000.00 | 0.00 |
| 3. CASH | 100.00 | 0.00 | | 0.00 | 0.00 |
| 4. CHECKING | 1,100.00 | 0.00 | | 0.00 | 0.00 |
| 5. HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 6. BOOKS | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7. APPAREL | 850.00 | 0.00 | | 0.00 | 0.00 |
| 8. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9. 401(K) | 270,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. IRA | 10,000.00 | 0.00 | | 0.00 | 0.00 |
| 11. VEHICLE | 26,425.00 | 0.00 | | 11,200.00 | 0.00 |
| 12. COMPUTER | 200.00 | 0.00 | | 0.00 | 0.00 |
| 13. ANIMALS | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 15. TAX REFUND (u) | Unknown | 5,000.00 | | 7,322.46 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 658.76 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $593,675.00 | $5,000.00 | | $29,181.22 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor sold vehicle prior to filing of case.  Trustee waiting for check to be reissued to Trustee.  Trustee to sell

timeshare unit back to Debtors.  Trustee to file motion to employ an accountant.  Accountant has been employed.  Trustee

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 05-13674    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | RICH, HAROLD A | Date Filed (f) or Converted (c): | 04/12/05 (f) |
| | RICH, SUSAN | 341(a) Meeting Date: | 05/26/05 |
| | | Claims Bar Date: | 04/25/06 |

is prparing his final report to submit to UST for review.

Initial Projected Date of Final Report (TFR): 04/30/06         Current Projected Date of Final Report (TFR): 02/28/10

Ver: 15.06b

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 05-13674 -ABG |
| Case Name: | RICH, HAROLD A |
| | RICH, SUSAN |
| Taxpayer ID No: | *******4667 |
| For Period Ending: | 02/03/10 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9133  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/05 | 15 | UNITED STATES TREASURY | | 1224-000 | 4,484.46 | | 4,484.46 |
| 06/08/05 | 11 | MOTORWERKS OF BARRINGTON | | 1129-000 | 11,200.00 | | 15,684.46 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.02 | | 15,686.48 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 3.33 | | 15,689.81 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 8.00 | | 15,697.81 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 7.74 | | 15,705.55 |
| 10/18/05 | 15 | UNITED STATES TREASURY | | 1224-000 | 1,914.00 | | 17,619.55 |
| 10/18/05 | 15 | STATE OF ILLINOIS TREASURER | | 1224-000 | 924.00 | | 18,543.55 |
| 10/18/05 | 2 | SUSAN RICH | | 1129-000 | 10,000.00 | | 28,543.55 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 10.51 | | 28,554.06 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 14.08 | | 28,568.14 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 14.55 | | 28,582.69 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 14.58 | | 28,597.27 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 20.37 | | 28,617.64 |
| 03/14/06 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 21.82 | 28,595.82 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 24.30 | | 28,620.12 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 23.52 | | 28,643.64 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 24.34 | | 28,667.98 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 23.56 | | 28,691.54 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 24.37 | | 28,715.91 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 24.39 | | 28,740.30 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 23.61 | | 28,763.91 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 24.44 | | 28,788.35 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 23.66 | | 28,812.01 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 24.46 | | 28,836.47 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 24.50 | | 28,860.97 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 22.14 | | 28,883.11 |
| 03/01/07 | 000302 | International Sureties, Ltd. | Bond premium | 2300-000 | | 23.25 | 28,859.86 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet St. | | | | | |

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    2

Exhibit B

| | |
|---|---|
| Case No: | 05-13674  -ABG |
| Case Name: | RICH, HAROLD A |
| | RICH, SUSAN |
| Taxpayer ID No: | *******4667 |
| For Period Ending: | 02/03/10 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9133  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70130 | | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 24.53 | | 28,884.39 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 23.74 | | 28,908.13 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 24.55 | | 28,932.68 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 23.78 | | 28,956.46 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 24.60 | | 28,981.06 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 24.61 | | 29,005.67 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 18.47 | | 29,024.14 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 18.49 | | 29,042.63 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 15.52 | | 29,058.15 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 13.89 | | 29,072.04 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 11.52 | | 29,083.56 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 6.91 | | 29,090.47 |
| 03/25/08 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 25.66 | 29,064.81 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 6.87 | | 29,071.68 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 5.96 | | 29,077.64 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.69 | | 29,081.33 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.58 | | 29,084.91 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.70 | | 29,088.61 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.69 | | 29,092.30 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.59 | | 29,095.89 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 2.82 | | 29,098.71 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 2.38 | | 29,101.09 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.47 | | 29,102.56 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 29,102.80 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 29,103.02 |
| 02/28/09 | 000304 | International Sureties, Ltd. | Bond premium | 2300-000 | | 23.89 | 29,079.13 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 29,079.38 |

Ver: 15.06b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit B

| | |
|---|---|
| Case No: | 05-13674  -ABG |
| Case Name: | RICH, HAROLD A |
| | RICH, SUSAN |
| Taxpayer ID No: | *******4667 |
| For Period Ending: | 02/03/10 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9133  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 29,080.02 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.73 | | 29,080.75 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 29,081.47 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.74 | | 29,082.21 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.74 | | 29,082.95 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 29,083.67 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.74 | | 29,084.41 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 29,085.13 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.74 | | 29,085.87 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.73 | | 29,086.60 |

| Account   *******9133 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 5 | Deposits | 28,522.46 | 4 | Checks | 94.62 |
| | 56 | Interest Postings | 658.76 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $  29,181.22 | | | |
| | | | | | Total | $  94.62 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $  29,181.22 | | | |

Page:    4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 05-13674  -ABG | | Trustee Name: | JOSEPH E. COHEN | |
| Case Name: | RICH, HAROLD A | | Bank Name: | BANK OF AMERICA, N.A. | |
| | RICH, SUSAN | | Account Number / CD #: | *******9133  BofA - Money Market Account | |
| Taxpayer ID No: | *******4667 | | | | |
| For Period Ending: | 02/03/10 | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Ver: 15.06b

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 05-13674 | | Page 1 | | | Date: February 03, 2010 |
| Debtor Name: | RICH, HAROLD A | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3410-00 | Cooke & Lewis, Ltd. | Administrative | | $2,062.50 | $0.00 | $2,062.50 |
| 001 3110-00 | Cohen & Krol | Administrative | | $2,639.00 | $0.00 | $2,639.00 |
| 000001 070 7100-00 | Amcore Bank NA Attn: Vickie Wolfe 501 7th St Rockford, IL 61110 | Unsecured | | $155,701.25 | $0.00 | $155,701.25 |
| 000002 070 7100-00 | F.E. Wheaton 204 W. Wheaton Ave. Yorkville, IL 60560 | Unsecured | | $111,354.84 | $0.00 | $111,354.84 |
| 000003 070 7100-00 | Wyrick Robbins Yates & Ponton LLP c/o Roger W Knight Wyrick Robbins Yates & Ponton LLP PO Drawer 17803 Raleight NC 27619 | Unsecured | | $42,671.75 | $0.00 | $42,671.75 |
| 000004 070 7100-00 | MBNA America Bank NA Mailstop DE5-014-02-03 POB 15168 Wilmington DE 19850 | Unsecured | | $2,181.03 | $0.00 | $2,181.03 |
| | Case Totals: | | | $316,610.37 | $0.00 | $316,610.37 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-13674 ABG
Case Name: RICH, HAROLD A
          RICH, SUSAN
Trustee Name: JOSEPH E. COHEN

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: JOSEPH E. COHEN | $_____ | $_____ |
| Attorney for trustee: Cohen & Krol | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: Cooke & Lewis, Ltd. | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Amcore Bank NA* | $ | $ |
| *000002* | *F.E. Wheaton* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | *Wyrick Robbins Yates &* | | |
| *000003* | *Ponton LLP* | $_____ | $_____ |
| *000004* | *MBNA America Bank NA* | $_____ | $_____ |

      Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

      Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is
$          .