UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| RICH, HAROLD A | § | Case No. 05-13674 ABG |
| RICH, SUSAN | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 04/09/2010 in Courtroom B,
    Park City Branch Court
    301 Greenleaf Avenue
    Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
RICH, HAROLD A § Case No. 05-13674 ABG
RICH, SUSAN §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 29,181.22 |
| *and approved disbursements of* | $ | 94.62 |
| *leaving a balance on hand of*[1] | $ | 29,086.60 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                              *Proposed Payment*
_____    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: JOSEPH E. COHEN* | $ 3,668.12 | $ 33.81 |
| *Attorney for trustee: Cohen & Krol* | $ 2,639.00 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant: Cooke & Lewis, Ltd.* | $ 1,687.50 | $ 375.00 |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 311,908.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.6 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Amcore Bank NA* | $ 155,701.25 | $ 10,324.80 |
| *000002* | *F.E. Wheaton* | $ 111,354.84 | $ 7,384.12 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Wyrick Robbins Yates & Ponton LLP | $ 42,671.75 | $ 2,829.63 |
| 000004 | MBNA America Bank NA | $ 2,181.03 | $ 144.62 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*

*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: rmarola              Page 1 of 1                  Date Rcvd: Mar 05, 2010
Case: 05-13674                 Form ID: pdf006            Total Noticed: 23

The following entities were noticed by first class mail on Mar 07, 2010.
db/jdb         +Harold A Rich,   Susan Rich,   963 March St,   Lake Zurich, IL 60047-1449
aty            +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
tr             +Joseph E Cohen, Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
9154396         Amcore Bank,   1210 South Alpine Road,   Rockford, IL 61108-3946
10599781       +Amcore Bank NA,   Attn: Vickie Wolfe,   501 7th St,   Rockford, IL 61104-1299
9154397         Capital One, FSB,   POB 790216,   Saint Louis, MO 63179-0216
9154398         Citi Cards,   POB 688909,   Des Moines, IA 50368-8909
9154399        +Everhome Mortgage Co.,   8100 Nations Way,   Jacksonville, FL 32256-4405
9154400        +F.E. Wheaton,   204 W. Wheaton Ave.,   Yorkville, IL 60560-4545
9154401        +Illinois Department of Labor,   160 N. LaSalle, Ste. C-1300,   Chicago, IL 60601-3114
9154402        +Illinois Dept of Employment Securit,   Bankruptcy Unit 3rd Fl,   401 S State St,
                 Chicago, IL 60605-1229
9154403         John R. Gloss,   % Ronald Roman,   180 N. LaSalle St., Ste. 2101,   Addison, IL 60101
9154404        +Julian S. Cole,   Asst. Attny General,   100 W. Randolph, 13th Fl.,   Chicago, IL 60601-3397
9154405        +MBNA America Bank NA,   Mailstop DE5-014-02-03,   POB 15168,   Wilmington DE 19850-5168
9154406         Oak Brook Bank,   POB 5165,   Oakbrook, IL 60522-5165
9154407        +Puritan Finance Corp.,   55 W. Monroe St., Ste. 3590,   Chicago, IL 60603-5050
9154408        +Riffner, Barber & Scott,   1920 N. Thorean Dr., Ste. 100,   Schaumburg, IL 60173-4176
9154409        +Robinson, Pluymert, Piercey, Ltd.,   2300 Barrington Rd., Ste. 220,   Schaumburg, IL 60169-2034
9154410        +Silver Leaf Resorts,   1221 River Bend Dr., Ste. 120,   Dallas, TX 75247-4919
9154411        +Tim Probasco,   % IL Dept. of Labor,   160 N. LaSalle, Ste. C-1300,   Chicago, IL 60601-3114
9154412        +Tom Mascari,   % IL Dept. of Labor,   160 N. LaSalle St., Ste. C-1300,   Chicago, IL 60601-3114
10654457       +Wyrick Robbins Yates & Ponton LLP,   c/o Roger W Knight,   Wyrick Robbins Yates & Ponton LLP,
                 PO Drawer 17803,   Raleight NC 27619-7803
9154413         Wyrick Robbins Yates Ponton LLP,   4101 Lake Boone Trail, Ste. 300,   Raleigh, NC 27607-7506

The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 07, 2010**          **Signature:** *Joseph Speetjens*