UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
RICH, HAROLD A § Case No. 05-13674
RICH, SUSAN §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH E. COHEN _____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Dept of Employment Securit Bankruptcy Unit 3rd Fl 401 S State St Chicago, IL 60690 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital One, FSB POB 790216 Saint Louis, MO 63179-0216 | | | | | |
| Citi Cards POB 688909 Des Moines, IA 50368-8909 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citi Cards POB 688909 Des Moines, IA 50368-8909 | | | | | |
| Illinois Department of Labor 160 N. LaSalle, Ste. C-1300 Chicago, IL 60601 | | | | | |
| John R. Gloss % Ronald Roman 180 N. LaSalle St., Ste. 2101 Addison, IL 60101 | | | | | |
| Julian S. Cole Asst. Attny General 100 W. Randolph, 13th Fl. Chicago, IL 60601 | | | | | |
| Riffner, Barber & Scott 1920 N. Thorean Dr., Ste. 100 Schaumburg, IL 60173 | | | | | |
| Robinson, Pluymert, Piercey, Ltd. 2300 Barrington Rd., Ste. 220 Schaumburg, IL 60195-2034 | | | | | |
| Tim Probasco % IL Dept. of Labor 160 N. LaSalle, Ste. C-1300 Chicago, IL 60601 | | | | | |
| Tom Mascari % IL Dept. of Labor 160 N. LaSalle St., Ste. C-1300 Chicago, IL 60601 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMCORE BANK NA | | | | | |
| F.E. WHEATON | | | | | |
| MBNA AMERICA BANK NA | | | | | |
| WYRICK ROBBINS YATES & PONTON LLP | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 05-13674 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | RICH, HAROLD A | | | Date Filed (f) or Converted (c): | 04/12/05 (f) |
| | RICH, SUSAN | | | 341(a) Meeting Date: | 05/26/05 |
| For Period Ending: | 09/22/10 | | | Claims Bar Date: | 04/25/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 275,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. TIME SHARE | 7,500.00 | 0.00 | | 10,000.00 | 0.00 |
| 3. CASH | 100.00 | 0.00 | | 0.00 | 0.00 |
| 4. CHECKING | 1,100.00 | 0.00 | | 0.00 | 0.00 |
| 5. HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 6. BOOKS | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7. APPAREL | 850.00 | 0.00 | | 0.00 | 0.00 |
| 8. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9. 401(K) | 270,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. IRA | 10,000.00 | 0.00 | | 0.00 | 0.00 |
| 11. VEHICLE | 26,425.00 | 0.00 | | 11,200.00 | 0.00 |
| 12. COMPUTER | 200.00 | 0.00 | | 0.00 | 0.00 |
| 13. ANIMALS | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 15. TAX REFUND (u) | Unknown | 5,000.00 | | 7,322.46 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 660.32 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $593,675.00 $5,000.00 $29,182.78 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor sold vehicle prior to filing of case. Trustee waiting for check to be reissued to Trustee. Trustee to sell

timeshare unit back to Debtors. Trustee to file motion to employ an accountant. Accountant has been employed. Trustee

Case 05-13674 Doc 54 Filed 10/06/10 Entered 10/06/10 15:52:24 Desc Main
Document Page 9 of 14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 05-13674 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | RICH, HAROLD A | Date Filed (f) or Converted (c): 04/12/05 (f) |
| | RICH, SUSAN | 341(a) Meeting Date: 05/26/05 |
| | | Claims Bar Date: 04/25/06 |

is prparing his final report to submit to UST for review.

Initial Projected Date of Final Report (TFR): 04/30/06     Current Projected Date of Final Report (TFR): 02/28/10

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-13674 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | RICH, HAROLD A | | Bank Name: | BANK OF AMERICA, N.A. |
| | RICH, SUSAN | | Account Number / CD #: | *******9133 BofA - Money Market Account |
| Taxpayer ID No: | *******4667 | | | |
| For Period Ending: | 09/22/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/05 | 15 | UNITED STATES TREASURY | | 1224-000 | 4,484.46 | | 4,484.46 |
| 06/08/05 | 11 | MOTORWERKS OF BARRINGTON | | 1129-000 | 11,200.00 | | 15,684.46 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.02 | | 15,686.48 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.33 | | 15,689.81 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 8.00 | | 15,697.81 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 7.74 | | 15,705.55 |
| 10/18/05 | 15 | UNITED STATES TREASURY | | 1224-000 | 1,914.00 | | 17,619.55 |
| 10/18/05 | 15 | STATE OF ILLINOIS TREASURER | | 1224-000 | 924.00 | | 18,543.55 |
| 10/18/05 | 2 | SUSAN RICH | | 1129-000 | 10,000.00 | | 28,543.55 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 10.51 | | 28,554.06 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 14.08 | | 28,568.14 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 14.55 | | 28,582.69 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 14.58 | | 28,597.27 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.37 | | 28,617.64 |
| 03/14/06 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 21.82 | 28,595.82 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 24.30 | | 28,620.12 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 23.52 | | 28,643.64 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 24.34 | | 28,667.98 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 23.56 | | 28,691.54 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 24.37 | | 28,715.91 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 24.39 | | 28,740.30 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 23.61 | | 28,763.91 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 24.44 | | 28,788.35 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 23.66 | | 28,812.01 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 24.46 | | 28,836.47 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 24.50 | | 28,860.97 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 22.14 | | 28,883.11 |
| 03/01/07 | 000302 | International Sureties, Ltd. Suite 500 203 Carondelet St. | Bond premium | 2300-000 | | 23.25 | 28,859.86 |

FORM 2     Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| | |
|---|---|
| Case No: | 05-13674 -ABG |
| Case Name: | RICH, HAROLD A |
| | RICH, SUSAN |
| Taxpayer ID No: | *******4667 |
| For Period Ending: | 09/22/10 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9133 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70130 | | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 24.53 | | 28,884.39 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 23.74 | | 28,908.13 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 24.55 | | 28,932.68 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 23.78 | | 28,956.46 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 24.60 | | 28,981.06 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 24.61 | | 29,005.67 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 18.47 | | 29,024.14 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 18.49 | | 29,042.63 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 15.52 | | 29,058.15 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 13.89 | | 29,072.04 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 11.52 | | 29,083.56 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 6.91 | | 29,090.47 |
| 03/25/08 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 25.66 | 29,064.81 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 6.87 | | 29,071.68 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 5.96 | | 29,077.64 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.69 | | 29,081.33 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.58 | | 29,084.91 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.70 | | 29,088.61 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.69 | | 29,092.30 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.59 | | 29,095.89 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.82 | | 29,098.71 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.38 | | 29,101.09 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.47 | | 29,102.56 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 29,102.80 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 29,103.02 |
| 02/28/09 | 000304 | International Sureties, Ltd. | Bond premium | 2300-000 | | 23.89 | 29,079.13 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 29,079.38 |

LFORM2T4    UST Form 101-7-TDR (9/1/2009) *(Page: 11)*     Ver: 15.20

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-13674 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RICH, HAROLD A | Bank Name: | BANK OF AMERICA, N.A. |
| | RICH, SUSAN | Account Number / CD #: | *******9133  BofA - Money Market Account |
| Taxpayer ID No: | *******4667 | | |
| For Period Ending: | 09/22/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 29,080.02 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.73 | | 29,080.75 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.72 | | 29,081.47 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.74 | | 29,082.21 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.74 | | 29,082.95 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.72 | | 29,083.67 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.74 | | 29,084.41 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.72 | | 29,085.13 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.74 | | 29,085.87 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.73 | | 29,086.60 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.67 | | 29,087.27 |
| 03/26/10 | 000305 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 34.58 | 29,052.69 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.75 | | 29,053.44 |
| 04/07/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 29,053.58 |
| 04/07/10 | | Transfer to Acct #*******1257 | Final Posting Transfer | 9999-000 | | 29,053.58 | 0.00 |

| | Account *******9133 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 5 | | Deposits | 28,522.46 | 5 | Checks | 129.20 |
| | 59 | | Interest Postings | 660.32 | 0 | Adjustments Out | 0.00 |
| | | | | | 1 | Transfers Out | 29,053.58 |
| | | | Subtotal | $  29,182.78 | | | |
| | | | | | | Total | $  29,182.78 |
| | 0 | | Adjustments In | 0.00 | | | |
| | 0 | | Transfers In | 0.00 | | | |
| | | | Total | $  29,182.78 | | | |

LFORM2T4

UST Form 101-7-TDR (9/1/2009) (Page: 12)

Ver: 15.20

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-13674 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | RICH, HAROLD A | | Bank Name: | BANK OF AMERICA, N.A. |
| | RICH, SUSAN | | Account Number / CD #: | *******1257  BofA - Checking Account |
| Taxpayer ID No: | *******4667 | | | |
| For Period Ending: | 09/22/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) / Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 04/07/10 | | Transfer from Acct #*******9133 | Transfer In From MMA Account | 9999-000 | 29,053.58 | | 29,053.58 |
| 04/10/10 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 3,668.12 | 25,385.46 |
| 04/10/10 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Expenses | 2200-000 | | 33.81 | 25,351.65 |
| 04/10/10 | 003003 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 1,759.33 | 23,592.32 |
| 04/10/10 | 003004 | Cooke & Lewis, Ltd. | Accountant  for Trustee fees<br>Accountant for Trustee fees | | | 2,062.50 | 21,529.82 |
| | | |     Fees      1,687.50 | 3410-000 | | | 21,529.82 |
| | | |     Expenses    375.00 | 3420-000 | | | 21,529.82 |
| 04/10/10 | 003005 | Joseph E. Cohen | Attorney for Trustee fees | 3110-000 | | 879.67 | 20,650.15 |
| 04/10/10 | 003006 | Amcore Bank NA<br>Attn: Vickie Wolfe<br>501 7th St<br>Rockford, IL 61110 | Claim 000001, Payment 6.62057% | 7100-000 | | 10,308.31 | 10,341.84 |
| 04/10/10 | 003007 | F.E. Wheaton<br>204 W. Wheaton Ave.<br>Yorkville, IL 60560 | Claim 000002, Payment 6.62057% | 7100-000 | | 7,372.33 | 2,969.51 |
| 04/10/10 | 003008 | Wyrick Robbins Yates & Ponton LLP<br>c/o Roger W Knight<br>Wyrick Robbins Yates & Ponton LLP<br>PO Drawer 17803<br>Raleight NC 27619 | Claim 000003, Payment 6.62056% | 7100-000 | | 2,825.11 | 144.40 |
| 04/10/10 | 003009 | MBNA America Bank NA<br>Mailstop DE5-014-02-03<br>POB 15168 | Claim 000004, Payment 6.62073% | 7100-000 | | 144.40 | 0.00 |

LFORM2T4
UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

Ver: 15.20

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-13674 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | RICH, HAROLD A | | Bank Name: | BANK OF AMERICA, N.A. |
| | RICH, SUSAN | | Account Number / CD #: | *******1257 BofA - Checking Account |
| Taxpayer ID No: | *******4667 | | | |
| For Period Ending: | 09/22/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Wilmington DE 19850 | | | | | |

```
                    Account *******1257       Balance Forward           0.00
                                        0    Deposits                  0.00         9    Checks              29,053.58
                                        0    Interest Postings         0.00         0    Adjustments Out          0.00
                                                                                     0    Transfers Out            0.00
                                             Subtotal          $       0.00
                                                                                          Total          $   29,053.58
                                        0    Adjustments In            0.00
                                        1    Transfers In         29,053.58

                                             Total             $  29,053.58


                    Report Totals            Balance Forward           0.00
                                        5    Deposits             28,522.46        16    Checks              29,182.78
                                       59    Interest Postings       660.32         0    Adjustments Out          0.00
                                                                                     1    Transfers Out       29,053.58
                                             Subtotal          $  29,182.78
                                                                                          Total          $   58,236.36
                                        0    Adjustments In            0.00
                                        1    Transfers In         29,053.58

                                             Total             $  58,236.36              Net Total Balance  $      0.00
```

LFORM2T4 UST Form 101-7-TDR (9/1/2009) (Page: 14)

Ver: 15.20